COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00156-CV

Style:      Javier Galindo Pacheco v. State of Texas

Date motion filed[*]:      June 30, 2014

Type of motion:      Objection to Incomplete Record and Motion to Reinstate Due Date for Court Reporter

Party filing motion:      Appellant

Document to be filed:     

Is appeal accelerated?      No

Ordered that motion is:

☐ Granted

     If document is to be filed, document due:

         ☐ The Court will not grant additional motions to extend time

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

**The court reporter filed a supplemental reporter's record containing the voir dire and pretrial hearing transcripts on August 8, 2014. Accordingly, appellant's motion to reinstate the due date for the court reporter, because the voir dire and pretrial hearing transcripts had not yet been filed, is dismissed as moot. Appellant's brief is to be filed no later than September 9, 2014.**

Judge's signature: /s/ Laura C. Higley

         ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: August 21, 2014

November 7, 2008 Revision